UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20022-CIV-MARTINEZ

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

EMILIO PUCCI, LTD., CORP.,

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on Plaintiff's Notice of Dismissal with Prejudice (the "Notice"), (ECF No. 9). This Court has reviewed the Notice and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE,** all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of April, 2023.

                                              JOSE E. MARTINEZ
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record